1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH MARY FERGUSON, | ) Case No.: 8:20-cv-00799-KK |
| Plaintiff, | ) ORDER AWARDING EQUAL<br>) ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES<br>) PURSUANT TO 28 U.S.C. § 2412(d) |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28<br>) U.S.C. § 1920 |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,200.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: September 15, 2020

_Kenly_

THE HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

-1-

1   Respectfully submitted,

2   LAW OFFICES OF LAWRENCE D. ROHLFING

3      /s/ *Young Cho*

    _____

4   Young Cho
  Attorney for plaintiff Elizabeth Mary Ferguson

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26